IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **HERSHEL WAYNE CASTO, II,** <br><br> Plaintiff, <br><br> v. <br><br> **NEWSOM, et al.,** <br><br> Defendants. | 2:19-cv-02209 KJM JDP <br><br> **[PROPOSED]** ORDER <br><br> Judge:     The Honorable Jeremy D. Peterson <br> Trial Date:  None set <br> Action Filed:  November 1, 2019 |

Good cause appearing, Defendants' Ex Parte Application to Modify the Discovery and Scheduling Order is granted. Dispositive motions shall be filed on or before October 24, 2022. The Court's February 24, 2022 Discovery and Scheduling Order (ECF No. 42) remains the same in all other respects.

IT IS SO ORDERED.

Dated:  August 31, 2022

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE