IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **HERSHEL WAYNE CASTO, II,** | Case No. 2:19-cv-02209-KJM-JDP (PC) |
| Plaintiff, | **[PROPOSED]** ORDER |
| v. | |
| **NEWSOM, et al.,** | |
| Defendants. | |

Good cause appearing, Defendants' Ex Parte Application to Modify the Discovery and Scheduling Order is granted. Dispositive motions shall be filed on or before November 7, 2022. The Court's February 24, 2022 Discovery and Scheduling Order (ECF No. 42) remains the same in all other respects.

IT IS SO ORDERED.

Dated:   October 19, 2022                               /s/ Jeremy Peterson
                                                                    JEREMY D. PETERSON
                                                                    UNITED STATES MAGISTRATE JUDGE