UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERSHEL WAYNE CASTO, II,<br><br>Plaintiff,<br><br>v.<br><br>NEWSOM, *et al.*,<br><br>Defendants. | Case No.  2:19-cv-02209-KJM-JDP (PC)<br><br>FINDINGS AND RECOMMENDATIONS |

On November 7, 2022, defendants filed a motion for summary judgment. ECF No. 53. The court granted plaintiff two extensions of time to file a response to that motion, with July 3, 2023, as the final deadline. *See* ECF Nos. 56 & 62. After plaintiff did not file a response by that deadline, on July 13, 2023, I ordered plaintiff to show cause by August 3, 2023, why this case should not be dismissed for failure to prosecute and failure to comply with the court's local rules. ECF No. 63. I advised plaintiff that should he wish to proceed with this lawsuit he must file by August 3, 2023, either an opposition or statement of non-opposition to defendants' motion for summary judgment. *Id.* at 2. I warned him that failure to comply with that order would result in dismissal of this action. *Id*.

To date, plaintiff has not responded to defendants' motion or the court's July 13, 2023 order to show cause.

Accordingly, it is hereby RECOMMENDED that:

1

1. This action be dismissed for failure to prosecute and failure to comply with court orders.

2. Defendants' motion for summary judgment, ECF No. 53, be denied as moot.

3. The Clerk of Court be directed to close the case.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days of service of these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any response shall be served and filed within fourteen days of service of the objections.  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated:   August 7, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2